Rel: June 7, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2023-2024

SC-2023-0811

Johnnie Saavedra, Jr., as personal representative of the Estate of Marchella Elquin Saavedra, deceased v. Christie L. Jones, M.D., and Alabama Infectious Disease Center, P.C. (Appeal from Madison Circuit Court: CV-18-901274).

STEWART, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(E), Ala. R. App. P.

Parker, C.J., and Wise, Sellers, and Cook, JJ., concur.